# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:21-cv-81-MOC

| | |
|---|---|
| **KAREN KLYMAN,** | )<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) **ORDER**<br>) |
| **ED FINANCIAL SERVICES, et al.,** | )<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the Court on pro se Plaintiff's Motion to Proceed in Forma Pauperis (Doc. No. 2).

Pro se Plaintiff Karen Klyman filed this action on March 25, 2021, purporting to bring numerous claims against six named Defendants, including a claim for violations of the Federal Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., arising out of various debt collection actions taken on Plaintiff's student loans.

Plaintiff's affidavit shows that she has received $1285 in monthly income for the past twelve months. (Doc. No. 2 at 2). Plaintiff reports monthly expenses totaling $747. (Id.). Plaintiff reports that she has less than $3500 in cash or in a checking or savings account, but she does not provide an exact figure for this amount. (Id.).

Before the Court rules on Plaintiff's in forma pauperis motion, Plaintiff must inform the Court exactly how much money she has available in cash or any financial accounts, and she must explain to the Court why she is unable to pay the full filing fee.

To assist Plaintiff with providing this information to the Court, the Clerk is respectfully

instructed to mail to Plaintiff this Court's Form AO239, and Plaintiff shall fill out this form and return it to this Court.

Plaintiff shall have 20 days in which to provide the Court with this information. After receiving this information, the Court will rule on Plaintiff's motion.

Signed: April 13, 2021

Max O. Cogburn Jr.
United States District Judge