UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-81-MOC

| | |
|---|---|
| KAREN KLYMAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ED FINANCIAL SERVICES, et al., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on Plaintiff's Motion to Correct Order. (Doc. No. 23). Plaintiff's motion is **DENIED**. This Court has already dismissed this action without prejudice, and the Fourth Circuit Court of Appeals has affirmed this Court's decision. See (Doc. Nos. 11, 22, 25). The case is therefore closed and there has been a final judgment.

The Court advises Plaintiff that because the case was dismissed <u>without</u> prejudice, Plaintiff may certainly refile this action, along with a new in forma pauperis application.

**IT IS SO ORDERED**.

Signed: April 25, 2022

Max O. Cogburn Jr
United States District Judge

-1-